Michael A. Keough
415 365 6717
mkeough@steptoe.com

One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
415 365 6700 main
www.steptoe.com



**Steptoe**
STEPTOE & JOHNSON LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2020

December 31, 2019

**VIA ECF**

The Honorable Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007

    Re:    *Calcano v. Cole Haan LLC*, No. 19-cv-10440-AT

Dear Judge Torres:

    This firm represents Defendant Cole Haan LLC ("Cole Haan") in the above-captioned matter.

    We write on behalf of both parties to respectfully request that the Initial Pretrial Conference scheduled for January 13, 2020 be adjourned to a time that is convenient to the Court after Cole Haan files its responsive pleading. The reason for this request is that, after the conference was initially scheduled, the date for Defendant to respond to Plaintiff's complaint was extended to February 11, 2020 by Cole Haan's Waiver of the Service of Summons dated December 13, 2019. The parties are still attempting to resolve this matter without judicial intervention and ask that the conference be adjourned until after Cole Haan has responded to the complaint. Plaintiff consented to this request on December 24, 2019.

    We respectfully ask Your Honor's endorsement of this request. Thank you for your consideration.

    Respectfully submitted,

    */s/ Michael A. Keough*

    Michael A. Keough

cc: Counsel of Record (via ECF notification)

GRANTED. The initial pretrial conference scheduled for January 13, 2020 is ADJOURNED to **February 13, 2020** at **11:00 a.m.** By **February 6, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 2, 2020
New York, New York

ANALISA TORRES
United States District Judge