Michael A. Keough
415 365 6717
mkeough@steptoe.com

One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
415 365 6700 main
www.steptoe.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____2/11/2020____

February 10, 2020

**<u>VIA ECF</u>**

The Honorable Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007

      Re:    *Calcano v. Cole Haan LLC*, No. 19-cv-10440

Dear Judge Torres:

      This firm represents Defendant Cole Haan LLC ("Cole Haan") in the above-captioned matter.

      We write to respectfully request that the Initial Pretrial Conference scheduled for February 13, 2020 be briefly adjourned to a time that is convenient for the Court. The Initial Pretrial Conference was initially scheduled for January 13, 2020. Cole Haan requests that the Initial Pretrial Conference be adjourned for two reasons.

      First, Cole Haan's response to the Complaint is due February 11, 2020. Cole Haan intends to send Defendant's counsel the pre-motion letter contemplated by Your Honor's Individual Practices in Civil Cases, Rule III(B)(ii) on or before that date. Cole Haan expects that it will still desire to file a Motion to Dismiss after the first exchange of letters, and will be filing a letter with the court concerning its proposed Motion to Dismiss pursuant to Your Honor's Individual Practices in Civil Cases, Rule III(B)(iii). Cole Haan would request that the letters of both parties be before the Court prior to the Initial Pretrial Conference.

      Second, Cole Haan's counsel is unable to attend the currently scheduled Initial Pretrial Conference due to unavoidable scheduling conflicts. Cole Haan respectfully requests that a brief adjournment be granted to enable its counsel to attend the hearing.

      Cole Haan has requested one prior adjournment of the Initial Pretrial Conference on December 31, 2019, shortly after it retained counsel in this matter. The Court granted this



request.  Plaintiff's counsel has consented to the proposed adjournment of the Initial Pretrial Conference.

We respectfully ask Your Honor's endorsement of this request.  Thank you for your consideration.

Respectfully submitted,

*/s/ Michael A. Keough*

Michael A. Keough

cc: Counsel of Record (via ECF notification)

GRANTED.  The initial pretrial conference scheduled for February 13, 2020 is ADJOURNED to **February 20, 2020**, at **11:40 a.m.**  By **February 13, 2020**, the parties shall submit a revised proposed case management plan, if any.

SO ORDERED.

Dated:  February 11, 2020
        New York, New York

_____
**ANALISA TORRES**
**United States District Judge**