USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/11/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS CALCANO, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiff,

-against-

COLE HAAN LLC,

        Defendant.

19 Civ. 10440 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial pretrial conference scheduled for February 20, 2020 is RESCHEDULED to **February 19, 2020**, at **11:00 a.m.** By **February 13, 2020**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: February 11, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge