USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/31/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS CALCANO, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

    Plaintiff,

-against-

COLE HAAN LLC,

    Defendant.

19 Civ. 10440 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 13, 2020 Defendant moved to dismiss the complaint for failure to state a claim. ECF No. 28. On March 27, 2020, Plaintiff filed an amended complaint pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure. ECF No. 31.

    "Since the original complaint has been superseded by the amended complaint, the motion to dismiss the original complaint has been rendered moot." *Gonzalez v. Paine, Webber, Jackson & Curtis, Inc.*, 493 F. Supp. 499, 501 (S.D.N.Y. 1980); *see Weinreb v. Xerox Bus. Servs., LLC Health & Welfare Plan*, 323 F. Supp. 3d 501, 508 n.6 (S.D.N.Y. 2018) ("[C]ourts in this circuit routinely deny . . . motions as moot . . . when the motion was based on a complaint that has been rendered legally inoperative." (internal quotation marks and citations omitted)), *appeal filed*, No. 18-2809 (2d Cir. Sept. 21, 2018); *Verzani v. Costco Wholesale Corp.*, 641 F. Supp. 2d 291, 297 (S.D.N.Y. 2009) ("[D]efendant's motion to dismiss, which was directed to the original complaint, was mooted by the filing of the amended complaint."). Accordingly, Defendant's motion to dismiss the original complaint is DENIED as moot.

    The Clerk of Court is directed to terminate the motion at ECF No. 28.

    SO ORDERED.

Dated: March 31, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge